NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES G. JOHNSON,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2011-3130

---

Petition for review of the Merit Systems Protection Board in case no. DE0353100501-I-1.

---

## ON MOTION

---

## O R D E R

The United States Postal Service moves for a 10-day extension of time, until July 18, 2011, to file its informal response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUL 19 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Lartease M. Tiffith, Esq.
     Charles G. Johnson

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUL 19 2011**

**JAN HORBALY**
**CLERK**